## El Pueblo *v.* Vázquez (*a*) Pepín.

Apelación procedente de la Corte de Distrito de Guayama.

No. 333.—Resuelto en marzo 23, 1911.

Multa—Prisión Subsidiaria en Defecto de Pago.—La prisión subsidiaria por defecto del pago de multa, en los casos en que el acusado ha sido condenado también a prisión, es ilegal.

Los hechos están expresados en la opinión.

Abogado del apelante: Sr. C. Domínguez Rubio.

Abogado del apelado: Sr. Jesús M. Rossy, Fiscal.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

La Corte de Distrito de Guayama al resolver en apelación procedente de la Corte de Paz de Guayama una denuncia contra José Vázquez (*a*) Pepín, dictó sentencia en 16 de enero de 1911, declarándole culpable del delito de portar armas prohibidas, y le condenó a cincuenta dollars de multa y treinta días de cárcel, ordenando que se le redujera a prisión hasta que la multa sea satisfecha, debiendo también extinguir la pena de cárcel impuéstale.

De esa sentencia apeló el acusado para ante esta Corte Suprema en la que no presentó exposición del caso, pliego de excepciones ni alegato de errores, y por tanto, sólo tenemos para resolver su apelación, la transcripción de los autos y el informe del Hon. Fiscal de este Tribunal, en el que se solicita que se modifique la sentencia apelada, en la parte que condena al acusado a sufrir prisión en defecto del pago de la multa.

Como la acusación no es defectuosa y faltando la exposición del caso y el pliego de excepciones, hemos de presumir que aquélla fué probada y que se siguió un juicio regular de acuerdo con la ley, la única cuestión que se presenta a nuestra consideración es si es legal la parte de la sentencia que ordena la prisión del acusado en defecto del pago de la multa

que le impuso, cuando forma parte de la misma condena una prisión, además de la multa.

En el caso de *El Pueblo de Puerto Rico* v. *José Puente Durán,* resuelto por este Tribunal Supremo en 17 de febrero de 1908, fué ampliamente estudiada esta cuestión y se resolvió ser ilegal la prisión por falta de pago de la multa cuando el sentenciado también lo había sido a prisión.

Esa sentencia y opinión son aplicables a este caso y aplicaremos la doctrina que allí se expuso.

En consecuencia, la sentencia debe ser confirmada, menos en el particular mencionado de sufrir prisión en defecto del pago de la multa.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf y del Toro.

El Juez Asociado Sr. MacLeary, no intervino en la resolución de este caso.